UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LaVERNE REECE,<br><br>       Plaintiff,<br><br> -against-<br><br>ALVIN J. THOMAS, ESQUIRE, ATTORNEY AT LAW,<br><br>       Defendant. | 21-CV-7831 (LTS)<br><br>CIVIL JUDGMENT |

 Pursuant to the order issued November 29, 2021, dismissing the complaint,

 IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

 IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: November 29, 2021
    New York, New York

             /s/ Laura Taylor Swain
             LAURA TAYLOR SWAIN
            Chief United States District Judge